UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) ) ) |
| PLAINTIFF | ) ) |
| v. | ) ) CIVIL NO. 1:12-CV-38-DBH ) |
| RUSSELL CHRETIEN, | ) ) |
| DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 5, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on cross-motions for summary judgment. Objection to the Recommended Decision was filed by the defendant on November 19, 2013, and by the plaintiff on November 22, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion for summary judgment is **GRANTED IN PART**. Summary Judgment is **GRANTED** in favor of the plaintiff on Counts II, III, IV and V of the defendant's Counterclaim. Summary judgment is **GRANTED** in favor of the defendant on Counts VII and VIII of the plaintiff's Amended Complaint.

**SO ORDERED.**

**DATED THIS 12TH DAY OF DECEMBER, 2013**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**